```
UNITED STATES DISTRICT COURT                   USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                  DOCUMENT
                                               ELECTRONICALLY FILED
                                               DOC#
-----------------------------------x           DATE FILED: 3/4/08

EVERETT JONES,                      :

                 Plaintiff,         :          07 Civ. 7653 (DAB) (AJP)

          -against-                 :          ORDER SCHEDULING
                                               INITIAL PRETRIAL CONFERENCE
RIKERS ISLAND, et al.,              :

                 Defendants.        :

-----------------------------------x
```

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Friday, March 7, 2008 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street). Defense counsel is to arrange for plaintiff, Mr. Jones, to appear telephonically.

The parties are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:     New York, New York
           March 4, 2008

                                    _____
                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies to:   Everett Jones (Mail)
             Sabrina M. Tann, Esq. (Fax)
             Judge Deborah A. Batts

C:\ORD\Order Scheduling Status Conference