USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EVERETT JONES, :

        Plaintiff, :

    -against- :

RIKERS ISLAND, et al., :

        Defendants. :

------------------------------------- x

07 Civ. 7653 (DAB) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    The Marshal's "Process Receipt and Return" (Dkt. No. 13) indicates that A.D.W. Guarneri is retired from the New York City Department of Correction. By March 12, 2008, defense counsel is to either: (a) provide plaintiff (and the Marshal's Office) with Guarneri's current address, or (b) agree to accept service for Guarneri (or indicate who at the New York City Department of Correction is authorized to accept service for him).

    SO ORDERED.

Dated:    New York, New York
          March 4, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:    Everett Jones (Mail)
              Sabrina M. Tann, Esq. (Fax)
              Judge Deborah A. Batts

C:\OPIN\