UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/7/08

EVERETT JONES, :

          Plaintiff, : 07 Civ. 7653 (DAB) (AJP)

          -against- : **ORDER OF DISMISSAL ON CONSENT**

RIKERS ISLAND, et al., :

          Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on March 7, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

          SO ORDERED.

DATED:     New York, New York
             March 7, 2008

                                              Andrew J. Peck
                                              United States Magistrate Judge

Copies to:    Everett Jones (Mail)
                  Katherine Smith, Esq.
                  Sabrina M. Tann, Esq.
                  Judge Deborah A. Batts

C:\ORD\DISMISS