RECEIVED
MAY 09 2008
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/08

To: Andrew J. Peck, United States Magistrate Judge

From: Everett Jones #07A5636    (07 Civ 7653)
Attica Correctional Facility
Box 149
Attica, New York, 14011-0149

Am writing in reguards to a conference that was schedule Friday march #7 2008 for a Settlement agreement of $900. I have not recieved this amount neather have I recieve response from counsel. I've sent the notorize copy of the Settlement agreement but I was never notified that counsel was in receipt. If So passable could "I" please let me know what is going on with this situation I would duely appreciate it

Respectfully Submitted
Everett Jones.
5/5/08

**MEMO ENDORSED** 5/9/08

Defense counsel to respond to P's letter.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**    Copies: AG Porter / Everett (Pts)

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:   May 9, 2008                                    Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Katherine Smith, Esq.<br>Sabrina M. Tann, Esq. | 212-788-9776 |
|  |  |

**MEMO ENDORSED 5/9/08**

Defense counsel is to respond to this letter.